GEOFFREY V. WHITE (SBN. 068012)
LAW OFFICE OF GEOFFREY V. WHITE
351 California St., Suite 1500
San Francisco, California 94104
Telephone: (415) 362-5658
Facsimile:  (415) 362-4115
Email:  gvwhite@sprynet.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA McCORMACK,<br><br>        Plaintiff,<br><br>v.<br><br>AUTODESK, INC., a Delaware corporation; AUTODESK, INC. LONG-TERM DISABILITY PLAN; and LIBERTY LIFE ASSURANCE CO. of BOSTON, a Massachusetts corporation,<br><br>        Defendants. | Case No.  C06-5516 PJH<br><br>NOTICE OF VOLUNTARY DISMISSAL AND [~~Proposed~~] ORDER |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. Pro. Rule 41(a)(1)(i), Plaintiff hereby voluntarily dismisses this action against the above-named defendants, without prejudice.

DATED: October 12, 2006                          LAW OFFICE OF GEOFFREY V. WHITE

By _____/s/ Geoffrey V. White_____
        Geoffrey V. White
        Attorneys for Plaintiff

IT IS SO ORDERED

Dated: 10/20/06                                              _____
        United States District Judge